No. 117, Misc.  EDELL v. NICHOLAS, TRUSTEE.  C. A. 5th Cir.  Certiorari denied.

No. 118, Misc.  MILLER v. THORN.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Charles William Freeman* for petitioner.

No. 119, Misc.  WYATT v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 121, Misc.  MILLER v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 122, Misc.  SCOTT v. CALIFORNIA ET AL.  Supreme Court of California.  Certiorari denied.

No. 124, Misc.  ALFORD ET AL. v. GEORGIA.  Supreme Court of Georgia.  Certiorari denied.  *James E. Weldon* and *L. M. Wyatt* for petitioners.  *Eugene Cook,* Attorney General of Georgia, *Wright Lipford* and *E. W. Fleming* for respondent.

No. 126, Misc.  BOROWY v. CITY OF DETROIT ET AL.  Supreme Court of Michigan.  Certiorari denied.

No. 127, Misc.  CORNES v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 128, Misc.  RITCHIE v. ILLINOIS.  Circuit Court of Will County, Illinois.  Certiorari denied.